In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of Starr Street in the Borough of Queens.

ANNA SCHLEIDER, Appellant.

*Matter of City of New York (Starr Street),* 163 **App. Div. 917,** affirmed.

(Argued October 5, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1914, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in street opening proceedings.

*Benjamin Trapnell* for appellant.

· *Frank L. Polk, Corporation Counsel (Joel J. Squier, John J. Kearney* and *James Regan Fitz Gerald* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.